# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:09-CV-47-FDW-DCK

| | |
|---|---|
| CHASE MANHATTAN MORTGAGE CO., <br><br> Plaintiff, <br><br> vs. <br><br> EARL KELLEY LANE, EXECUTOR OF THE ESTATE OF LUCILE H. LANE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) **ORDER GRANTING *PRO HAC VICE* OF LOUIS A. HUBER** |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant Nations Title Agency, Inc. for admission *pro hac vice* of Louis A. Huber, and it appearing to the Court under Local Rule 83.1(B) that Mr. Huber should be admitted *pro hac vice* as representing Defendant Nations Title Agency, Inc.

**IT IS, THEREFORE, ORDERED** that the motion is granted and that Louis A. Huber is admitted to practice before this Court *pro hac vice*.

Signed: August 5, 2009

_____
David C. Keesler
United States Magistrate Judge