# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:09-CV-47-FDW-DCK

| | | |
|---|---|---|
| CHASE MANHATTAN MORTGAGE CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **ORDER GRANTING *PRO HAC VICE* OF CHRISTOPHER PITTMAN** |
| EARL KELLEY LANE, EXECUTOR OF THE ESTATE OF LUCILE H. LANE, | ) ) ) ) | |
| Defendant. | | |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant Nations Title Agency, Inc. for admission *pro hac vice* of Christopher Pittman (Document No 27), and it appearing to the Court under Local Rule 83.1(B) that Mr. Pittman should be admitted *pro hac vice* as representing Defendant Nations Title Agency, Inc.

**IT IS, THEREFORE, ORDERED** that the motion is granted and that Christopher Pittman is admitted to practice before this Court *pro hac vice*.

Signed: August 5, 2009

David C. Keesler
United States Magistrate Judge