IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cv-00047-W

| | |
|---|---|
| CHASE BANK USA, N.A., | ) |
|       Plaintiff, | ) |
| vs. | ) |
| EARL KELLEY LANE, Executor of the Estate of Lucile H. Lane, | ) ORDER |
|       Defendant, | ) |
| vs. | ) |
| NATIONS TITLE AGENCY, INC., and NATIONS TITLE AGENCY OF THE CAROLINAS, INC., | ) |
|       Counterclaim Defendants. | ) |

This matter is before the Court on several motions: Nations Title Agency's Motion to Dismiss (Doc. No. 25); Earl Kelley Lane's Motion to Strike Specified Affirmative Defenses (Doc. No. 36); and Earl Kelley Lane's Motion to Compel Discovery (Doc. No. 41).

Pursuant to the oral ruling issued in open court following oral argument on these motions, the Court DENIES AS MOOT the Motion to Dismiss (Doc. No. 25), DENIES the Motion to Strike (Doc. No. 36), and GRANTS the Motion to Compel (Doc. No. 41), with the exception of that portion of Lane's motion that requested sanctions, which the Court DENIES.

IT IS SO ORDERED.

Signed: September 4, 2009

Frank D. Whitney
United States District Judge