UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CHASE MANHATTAN MORTGAGE CO., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:09-CV-47<br>) |
| EARL KELLEY LANE, Executor of the Estate of Lucile H. Lane, | )<br>)<br>) |
| Defendant. | )<br>) |
| v. | )<br>) |
| NATIONS TITLE AGENCY, INC., and NATIONS TITLE AGENCY OF THE CAROLINAS, INC., | )<br>)<br>)<br>) |
| Third-Party Defendants. | )<br>) |

## ANSWER OF NATIONS TITLE AGENCY, INC. TO AMENDED THIRD-PARTY COMPLAINT

Third-Party Defendant Nations Title Agency, Inc. ("Nations Title"), by and through its undersigned counsel, for its Answer to Plaintiff Chase Manhattan Mortgage Co.'s ("Chase") Cross-Claims, states:

1. Nations Title denies the averments contained in Chase's First Cross-Claim.

2. Nations Title denies the averments contained in Chase's Second Cross-Claim.

WHEREFORE, having fully answered, Nations Title respectfully requests that the Plaintiff Chase Manhattan Mortgage Co.'s demands for relief be denied, that Plaintiff's claims be dismissed as against Nations Title, that judgment be entered on all counts of the Cross-Claims in favor of Nations Title, that Nations Title recover its costs and attorney's fees in this action

1

incurred and expended, and that the court award Nations Title such other and further relief as this

Court deems just and appropriate.

Dated this 11th day of September, 2009.   Respectfully submitted,


By:     /s/    Louis A. Huber, III
Louis A. Huber, III, MO# 28447, pro hac vice
Christopher A. Pittman, MO#53240, *pro hac   vice*
4050 Pennsylvania, Suite 300
P. O. Box 32430
Kansas City, MO 64171-5430
Telephone: 816-931-3500
Facsimile: 816-931-3553
E-mail: lhuber@schleehuber.com
E-mail: cpittman@schleehuber.com

and

Rodney Dean, Esq.
Dean & Gibson, PLLC
301 S. McDowell Street, Suite 900
Charlotte, North Carolina 28204
Telephone:  (704) 372-2700
Facsimile:  (704) 372-1804

ATTORNEYS FOR NATIONS TITLE AGENCY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2009, I electronically filed the foregoing **ANSWER OF NATIONS TITLE AGENCY, INC. TO AMENDED THIRD-PARTY COMPLAINT** with the Clerk of the Court using the CM/ECF System, which will send a notice of electronic filing to the following:

J. Daniel Bishop
Bishop Capitano & Moss, P.A.
4521 Sharon Road, Suite 350
Charlotte, NC 28211
E-mail: Dbishop@bcandm.com


Zipporah B. Edwards
Horack Talley Pharr & Lowndes, P.A.
301 S. College Street, Suite 2600
Charlotte, NC 28202-6038
E-mail: zedwards@horacktalley.com


                                                   /s/ Louis A. Huber, III
                                       Attorney for Nations Title Agency, Inc.