**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:09-CV-47-FDW-DCK**

| | | |
|---|---|---|
| **CHASE MANHATTAN** | ) | |
| **MORTGAGE CO.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **EARL KELLEY LANE, Executor of** | ) | |
| **the Estate of Lucille H. Lane,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on the document styled as "Joinder by Third-Party Defendant/Fourth-Party Plaintiff Nations Holding Company in Third-Party Defendant Nations Title Agency, Inc.'s Motion for Summary Judgment" (Document No. 86) filed on December 21, 2009 by the Nations Holding Company ("NHC"). The document was entered in the docket as a "Motion for Joinder ... " and has been referred to the Magistrate Judge. Immediate review is appropriate. Having considered the record, the undersigned will **grant** the motion, that is, NHC may join in moving for summary judgment.

**IT IS, THEREFORE, ORDERED** that the "Motion to Join Motion for Summary Judgment" (Document No. 86) is **GRANTED**.

**IT IS SO ORDERED**.

Signed: December 28, 2009

David C. Keesler
United States Magistrate Judge