# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:09-CV-47-FDW-DCK

| | |
|---|---|
| CHASE MANHATTAN MORTGAGE CO., ) ) ) Plaintiff, ) ) v. ) ) EARL KELLEY LANE, Executor of ) the Estate of Lucille H. Lane, ) ) Defendant, ) v. ) ) NATIONS TITLE AGENCY, INC. and ) NATIONS TITLE AGENCY OF THE ) CAROLINAS, INC., ) ) Third-Party Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Extension of Time to File Response to Motions for Summary Judgment" (Document No. 92) timely filed on January 4, 2010 by Defendant Earl Kelley Lane. In light of the two holidays during his response time and given that the court reporter has not yet delivered the transcript of the Gardner deposition, Defendant asks for an additional week to file his responses. The requested extension will not interfere with the motions hearing set for February 3, 2010. The motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having fully considered the record, and for good cause shown, the undersigned will grant the requested extension.

**IT IS, THEREFORE, ORDERED** that the "Motion for Extension of Time to File Responses to Motions for Summary Judgment" (Document No. 92) is **GRANTED**; Defendant Lane shall have up to and including January 11, 2010 in which to file his responses.

**IT IS SO ORDERED**.

Signed: January 4, 2010

David C. Keesler
United States Magistrate Judge