# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:09-cv-00047-W

| | |
|---|---|
| CHASE BANK USA, N.A., | ) |
| Plaintiff, | ) |
| vs. | ) |
| EARL KELLEY LANE, Executor of the Estate of Lucile H. Lane, | ) ORDER |
| Defendant, | ) |
| vs. | ) |
| NATIONS TITLE AGENCY, INC., and NATIONS TITLE AGENCY OF THE CAROLINAS, INC., | ) |
| Counterclaim Defendants. | ) |

THIS MATTER is before the Court pursuant to the "Joint Motion for Order of Dismissal of All Claims Between Parties other than Earl Kelley Lane, Executor, and Nations Title Agency of the Carolinas, Inc." (Docs. Nos. 122, 124).

IT IS THEREFORE ORDERED, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, upon joint motion of Plaintiff Chase Bank USA, N.A., Defendant Earl Kelley Lane ("Executor"), Third-Party Defendants Nations Title Agency, Inc., and Nations Holding Co., and Fourth-Party Defendant Lois Lane Rowe (collectively, the "Movants"), that the Joint Motion (Doc. No. 122) is GRANTED.

The Court does hereby dismiss with prejudice all claims among them, upon the following conditions:

1. The Court incorporates herein by reference the Settlement Agreement and Release (the "Agreement") filed under seal (Doc. No. 125), effective June 22, 2010, among the Movants.

2. The Court retains jurisdiction for the enforcement of obligations undertaken by any one or more of the Movants under the Agreement.

3. The sole remaining claims are those pleaded by Executor against Third-Party Defendant Nations Title Agency of the Carolinas, Inc.

SO ORDERED.

Signed: June 24, 2010

Frank D. Whitney
United States District Judge