# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Chase Manhattan Mortgage Co.,,,

    Plaintiff,                                    JUDGMENT IN A CIVIL CASE

vs.                                                   3:09-cv-47

Earl Kelley Lane, Executor of the Estate
of Lucile H. Lane,

    Defendant,
    Third-Party Plaintiff,

vs.

Nations Title Agency, Inc.,
Nations Title Agency of the Carolinas, Inc.,
and Nations Holding Company, Inc.,

    Third-Party Defendants,

vs.

Lois Lane Rowe,

    Fourth-Party Defendant.

DECISION BY COURT. This action having come before the Court by Motion for Default Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 9, 2010 Order.

                                          Signed: July 9, 2010

                                          Frank G. Johns, Clerk
                                          United States District Court