# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| CHASE BANK USA, N.A.,<br><br>      Plaintiff,<br><br>v.<br><br>EARL KELLEY LANE, Executor of the Estate of Lucile H. Lane,<br><br>      Defendant, Third-Party Plaintiff,<br><br>v.<br><br>NATIONS TITLE AGENCY, INC., NATIONS TITLE AGENCY OF THE CAROLINAS, INC. and NATIONS HOLDING CO., INC.,<br><br>      Third-Party Defendants,<br><br>v.<br><br>LOIS LANE ROWE,<br><br>      Fourth-Party Defendant. | Civil Action No. 3:09-CV-47-FDW-DCK<br><br>AMENDED JUDGMENT IN A CIVIL CASE |

    DECISION BY COURT. The Court having corrected the Order for Default Judgment of July 12, 2010;

IT IS ORDERED AND ADJUDGED that this Amended Judgment is hereby entered, *nunc pro tunc*, for Earl Kelley Lane, Executor of the Estate of Lucile H. Lane, against Nations Title Agency of the Carolinas, Inc. for

1. Compensatory damages of $224,000, reduced to $209,022.05 by the prior settlement and interest credit;

2. Prejudgment interest in the amount of $19,245.69;

3. Attorneys' fees and costs of $160,044.99, which are completely offset by the prior settlement;

4. Punitive damages of $672,000; and

5. Postjudgment interest on the amount of $900,267.74 shall accrue beginning on July 9, 2010, pursuant to 28 U.S.C. § 1961 until paid in full.

IT IS SO ORDERED.

Signed: January 24, 2011

Frank D. Whitney
United States District Judge